JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASEN LEROY CHEATHAM,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 2:26-cv-00074-SB-SK<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order granting summary judgment entered this date, it is ordered and adjudged that Plaintiff Jasen Leroy Cheatham's claims against Defendant Wells Fargo Bank, N.A., are dismissed on the merits with prejudice.

This is a final judgment.

Date: August 19, 2026

Stanley Blumenfeld, Jr.
United States District Judge